IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JERONIMO VASQUEZ** | : | **CIVIL ACTION** |
| | : | |
| v. | : | |
| | : | |
| **WILLIAM H. RYAN, JR., et al** | : | **NO. 11-2300** |

## ORDER

**AND NOW**, this 20th day of March, 2012, upon consideration of the Motion for Reconsideration Under Rule 59 (Document No. 3), it is **ORDERED** that the motion is **DENIED**.

         /s/ Timothy J. Savage
         TIMOTHY J. SAVAGE, J.